HON. JAMES L. ROBART

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WAVERLY LICENSING LLC<br><br>Plaintiff,<br><br>v.<br><br>ACCO BRANDS CORPORATION,<br><br>Defendant. | CASE NO. 22-CV-00748-JLR<br><br>**ORDER EXTENDING TIME TO ANSWER THE COMPLAINT**<br><br>**JURY TRIAL DEMANDED** |

GOOD CAUSE APPEARING, it is hereby ordered that the time for Defendant ACCO Brands Corporation to answer, move, or otherwise respond to Plaintiff Waverly Licensing LLC's Complaint is extended to September 27, 2022.

Dated this 28th day of July, 2022.



Hon. James L. Robart
United States District Judge

ORDER EXTENDING TIME
22-cv-00748-JLR

MANN LAW GROUP PLLC
403 Madison Ave N. Suite 240
Bainbridge Island, WA 98110
Phone: 206-436-0900

Presented by:

MANN LAW GROUP PLLC

Attorneys for Plaintiff
By:
/s/ Philip P. Mann
Philip P. Mann, WSBA #28860
Mann Law Group PLLC
403 Madison Ave. N. Ste. 240
Bainbridge Island, WA 98110
(206) 436-0900
phil@mannlawgroup.com

ORDER EXTENDING TIME
22-cv-00748-JLR

MANN LAW GROUP PLLC
403 Madison Ave N. Suite 240
Bainbridge Island, WA 98110
Phone: 206-436-0900